United States District Court
Northern District of California

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        Plaintiff,<br><br>    v.<br><br>DARRELL ARMSTRONG,<br><br>        Defendant. | Case No.: CR 11-00777-PJH-1 (KAW)<br><br>ORDER MODIFYING CONDITIONS OF PRETRIAL RELEASE |

On September 26, 2012, the Court held a bond hearing regarding the conditions of Defendant Darrell Armstrong's pretrial release. Defendant was present and represented by Assistant Public Defender Edward Smock. Assistant United States Attorney Richard Cheng represented the Government.

During the hearing, the Court modified Defendant's conditions of pretrial release to allow him to leave the halfway house to seek employment at the Employment Center in San Francisco and to participate in an educational program in San Francisco to obtain his GED.

IT IS SO ORDERED.

Dated: September 26, 2012

KANDIS A. WESTMORE
United States Magistrate Judge