1  GEOFFREY A. HANSEN
   Acting Federal Public Defender
2  NED SMOCK
   Assistant Federal Public Defender
3  555 - 12th Street, Suite 650
   Oakland, CA 94607-3627
4  Telephone:  (510) 637-3500

5  Counsel for Defendant DARRELL ARMSTRONG

6

7                    UNITED STATES DISTRICT COURT

8                   NORTHERN DISTRICT OF CALIFORNIA

9                           OAKLAND DIVISION

10
   UNITED STATES OF AMERICA,           )
11                                     )     No.  CR 11-00777 PJH
                         Plaintiff,    )
12                                     )     STIPULATION AND [PROPOSED]
          v.                           )     ORDER RESCHEDULING BAIL
13                                     )     REVIEW HEARING
   DARRELL ARMSTRONG,                  )
14                                     )
                         Defendant.    )
15                                     )

16

17      This matter is currently scheduled for a bail review hearing on Wednesday, October 10, 2012

18 at 9:30 a.m.  The defense has been informed that the assigned United States Pretrial Services Officer

19 will not be available, and that she has not yet been able to perform a site visit at the proposed

20 residence and workplace for Mr. Armstrong.  She indicates that she will be available and will have

21 been able to perform this task by October 22, 2012.  Accordingly, the parties ask that the October 10,

22 2012 bail review hearing be taken off calendar and rescheduled for Tuesday, October 22, 2012 at

23 9:30 a.m.

24 October 9, 2012              /s/ Ned Smock
                                NED SMOCK
25                              Counsel for Darrell Armstrong

26

   CR 11-00777 PJH
   STIPULATION AND [PROPOSED] ORDER

October 9, 2012         /s/ Richard Cheng
                        RICHARD CHENG
                        Assistant United States Attorney

**ORDER**

For the reasons set forth above, the October 10, 2012 bail review hearing is rescheduled for October 23, 2012 at 9:30 a.m.

IT IS SO ORDERED.

10/09/12
DATED                           HON. KANDIS WESTMORE
                                United States Magistrate Judge

CR 11-00777 PJH
STIPULATION AND [PROPOSED] ORDER         2