1  MELINDA HAAG (CABN 132612)
   United States Attorney
2
3  MIRANDA KANE (CABN 150630)
   Chief, Criminal Division
4  RICHARD CHENG (CABN 135992)
   Assistant United States Attorney
5
     450 Golden Gate Avenue, Box 36055
6    San Francisco, California 94102
     Telephone: (415) 436-7167
7    Facsimile: (415) 436-7234
     E-mail: richard.cheng@usdoj.gov
8
   Attorneys for Plaintiff
9



GRANTED

Judge Donna M. Ryu

10
11
12
                    UNITED STATES DISTRICT COURT
13
                   NORTHERN DISTRICT OF CALIFORNIA
14
                           OAKLAND DIVISION

13 | UNITED STATES OF AMERICA,           )   No.  CR-11-777-PJH (DMR)
                                         )
14 |      Plaintiff,                     )   **UNITED STATES' REQUEST TO STAY
                                         )   ORDER OF DISCLOSURE OF
15 | v.                                  )   RESIDENCE AND TELEPHONE
                                         )   NUMBER OF CONFIDENTIAL
16 | DARRELL ARMSTRONG,                  )   INFORMANT**
                                         )
17 |      Defendant.                     )
                                         )
18                                       )
                                         )
19 |_____)

20               **REQUEST FOR STAY OF ORDER OF DISCLOSURE**

21      The United States files this Request To Stay Order of Disclosure of Address Telephone

22  Information of Confidential Informant ("Disclosure Order") granting pre-trial discovery of

23  certain identifying information belonging to a Confidential Informant.  Defendant is charged in

24  an indictment with knowingly and intentionally possessing and possessing with intent to

25  distribute a controlled substance within 1000 feet of a school in violation of 21 U.S.C. §§

26  841(a)(1) and 860.

27      A jury trial date has been set to proceed on November 26, 2012.

28

REQUEST TO STAY MAGISTRATE'S ORDER         1
No. CR-11-777-PJH

1  On October 17, 2012, this Court issued a written order denying the government's motion for
2  reconsideration and ordered the immediate disclosure of information subject to a protective
3  order.
4  The government respectfully requests a stay of the Order of Disclosure such that the matter
5  may be appealed to the District Court.

7  DATED: October 17, 2012                    Respectfully submitted,

8                                             MELINDA HAAG
                                              United States Attorney

10                                                   /s/
                                              RICHARD C. CHENG
11                                            Assistant United States Attorney