1
2
3          UNITED STATES DISTRICT COURT
4          NORTHERN DISTRICT OF CALIFORNIA
5
6    UNITED STATES OF AMERICA,
7          Plaintiff,                          No. CR 11-777 PJH
8
9          v.                                   **ORDER GRANTING REQUEST
                                                FOR IN CAMERA REVIEW**
10
11   DARRELL ARMSTRONG,
12          Defendant.
     _____/
13
            The court GRANTS respondent Oakland Police Department's October 24, 2012
14
     request for in camera review of documents due to be produced pursuant to defendant's
15
     *Henthorn* subpoena on October 31, 2012.  Following production, the court will review the
16
     documents and rule on disclosure.  No hearing and/or appearance is necessary unless the
17
     court determines that is the case after its review.  The parties are advised that in the event
18
     disclosure is ordered, it will be pursuant to a protective order that complies with General
19
     Order 69.   Respondent is ORDERED to re-submit a protective order that corresponds with
20
     the model protective order, Exhibit A to General Order 69.
21
            Additionally, the court limits the scope of the subpoena request to documents dated
22
     within five years of the date of August 31, 2011 incident.
23
            **IT IS SO ORDERED.**
24
25
     Dated: October 25, 2012
26
                                                _____
27                                              PHYLLIS J. HAMILTON
                                                United States District Judge
28