UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,

    Plaintiff,

No. CR 11-777 PJH

    v.

**ORDER RE IN CAMERA REVIEW**

DARRELL ARMSTRONG,

    Defendant.

_____/

The court has reviewed the documents produced on October 31, 2012 by respondent Oakland Police Department pursuant to defendant's *Henthorn* subpoena. The court finds that none of the documents constitute *Henthorn* materials responsive to defendant's subpoena. However, even though it is not responsive, the court will produce to the parties defendant's own October 16, 2012 citizen complaint regarding Officer Barocio. Production is subject to the protective order filed separately. The court has issued that protective order, which constitutes the model protective order, Exhibit A to General Order 69, instead of the October 24, 2012 protective order submitted by respondent.

The parties should contact the undersigned judge's courtroom deputy, Nichole Heuerman, at 510-637-1296, to arrange to pick up a copy of defendant's complaint.

**IT IS SO ORDERED.**

Dated: November 2, 2012

_____
PHYLLIS J. HAMILTON
United States District Judge