MELINDA HAAG (CABN 132612)
United States Attorney

MIRANDA KANE (CABN 150630)
Chief, Criminal Division

RICHARD CHENG (CABN 135992)
Assistant United States Attorney
   450 Golden Gate Ave., Box 36055
   San Francisco, California 94102
   Telephone: (415) 436-7200
   Fax: (415) 436-7234
   E-Mail: richard.cheng@usdoj.gov

Attorneys for United States of America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, <br>    Plaintiff, <br> v. <br> DARRELL ARMSTRONG, <br>    Defendant. | No. CR 11-777 PJH <br><br> NOTICE OF DISMISSAL AND ORDER |

With leave of the Court, and pursuant to Federal Rule of Criminal Procedure 48(a), the United States Attorney for the Northern District of California dismisses the above indictment without prejudice.

DATED: November 8, 2012

Respectfully submitted,

MELINDA HAAG
United States Attorney

*/s/ Miranda Kane/*

MIRANDA KANE
Chief, Criminal Division

NOTICE OF DISMISSAL (CR 11-777 PJH)

Leave is granted to the government to dismiss the indictment.

Date: 11/14/12



HON. PHYLLIS J. HAMILTON
United States District Judge